FILED - GR
October 20, 2008 11:34 AM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __gf__ / _____



# SEIZED ASSET CLAIM FORM

## 1:08-cv-747
### Janet T. Neff
### U.S. District Judge

Name **CHARLES L. EDKINS**
Address **611 CLARK ST., COMSTOCK PARK, MICH 49321**
Telephone Number **(616) 485-8043**
Date of Seizure **FEB. 13, 2008**
Seizure Location (Address, City, State) **CABLE BEACH VILLAS #39 NASSAU, BAHAMAS**

### PART I

List all the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, tail numbers, photographs, and so forth. Attach additional sheets of paper if more space is needed.

**SEE ATTACHED NOTICE OF SEIZURE**

### PART II

State your interest in each item of property listed above. Provide any documents that support your claim of interest, such as titles, registrations, bills of sale, receipts, and so forth. Attach additional sheets of paper if more space is needed.

**I AM THE OWNER OF THE FUNDS REPRESENTED BY THE CHECKS LISTED IN PART I, ABOVE. THE DOCUMENTS THAT SUPPORT MY CLAIM OF INTEREST ARE THE CHECKS THEMSELVES WHICH WERE MADE PAYABLE TO ME.**

**MY CLAIM IS NOT FRIVOLOUS.**

NOTICE OF SEIZURE

TREASURY DEPARTMENT
INTERNAL REVENUE SERVICE - CRIMINAL INVESTIGATION

On February 13, 2008, the following assets were seized for administrative forfeiture from Charles Edkins at Cable Beach Villas #39, Nassau, Bahamas for violations of Title 31 USC §5317, Title 31 USC §5313 and Title 31 USC §5324:

First Caribbean International Bank Check #223546 made payable to Charles Edkins valued at $6,275.70, drawn on Wachovia Bank N.A. account# 2000192005432

Banque Julius Baer & Cie. Sa Geneva Check #1371 made payable to Charles Edkins valued at $10,000.00, drawn on JP Morgan Chase Bank account# 0011799574.

Banque Julius Baer & Cie. Sa Geneva Check #1372 made payable to Charles Edkins valued at $10,000.00, drawn on JP Morgan Chase Bank account# 0011799574.

Banque Julius Baer & Cie. Sa Geneva Check #1373 made payable to Charles Edkins valued at $20,000.00, drawn on JP Morgan Chase Bank account# 0011799574.

Banque Julius Baer & Cie. Sa Geneva Check #1374 made payable to Charles Edkins valued at $20,000.00, drawn on JP Morgan Chase Bank account# 0011799574.

Pursuant to Title 18, United States Code, Section 981, this property is subject to forfeiture. Any person claiming an ownership in this property must file a claim with the Asset Forfeiture Coordinator - CI of the IRS at P.O. Box 1382, Grand Rapids, Michigan 49501, before May 29, 2008, the property will be forfeited and disposed of according to law. Call the I.R.S. at (313) 234-2478 for further information.

PART III (ATTESTATION AND OATH)

I attest and declare *under penalty of perjury* that my claim to this property is not frivolous and that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_CHARLES L. EDKINS_    _OCT 13, 2008_ *
Name (Print)                                 Date

_[signature]_
Signature

*A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.*

\* RESUBMITTED AFTER ORIGINAL FILING ON OCT. 3, 2008