UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

       Plaintiff,                          File No. 1:08-CV-747

v.                                              Hon. Janet T. Neff
                                              U.S. District Judge

FIRST CARIBBEAN INTERNATIONAL
BANK, CHECK NO. 223546, et al.,

       Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to the Motion to Dismiss filed on December 22, 2008, and Rule 41(a)(2) of the Federal Rules of Civil Procedure, this civil forfeiture action is dismissed without prejudice to any party, and each party agrees to bear its own costs and attorney fees.


Dated: December 23, 2008                           /s/Janet T. Neff
                                                                  JANET T. NEFF
                                                                    United States District Judge